IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 06-120 |
| | ) |
| JAMES HAROLD STANCLIFFE | ) |

O R D E R

AND NOW, this <u>29th</u> day of <u>June</u>, 2006, the within motion is granted and it is hereby ORDERED that Indictment No. 06-120 returned by the Federal Grand Jury on April 5, 2006, be and the same is hereby dismissed, due to the return of a Superseding Indictment.

s/Thomas M. Hardiman
UNITED STATES DISTRICT JUDGE

cc: United States Attorney